UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Tracey M. Gragg +
Michael W. Gragg,
2027 E. Capitol Ave, Spfld,
IL. 62703.
Plaintiff(s) Atty: Charles Watson,

vs.

Wendy's International
dba/ Wenzak, Inc.
Atty: Abigail Rogers
Seyfarth & Shaw,
131 S. Dearborn, Suite 2400,
Chicago, IL. 60603
Defendant(s)

Case No: 10-3115

FILED
MAY 20 2010
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PRO SE COMPLAINT AGAINST EMPLOYMENT DISCRIMINATION, UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. §§ 2000e-5

I. PREVIOUS PROCEEDINGS BEFORE THE EQUAL EMPLOYMENT OPPORTUNITIES COMMISSION (EEOC)

A. Have you filed a charge before the federal Equal Employment Opportunities Commission (EEOC) relating to this claim of employment discrimination?

( ) YES

(X) NO

B. If your answer is YES, describe the EEOC proceeding:

1. Parties to the previous EEOC proceeding:

Petitioner (s) _____

_____

_____

Page 2

        Respondent (s) _____

        _____

        _____

  2. Location of EEOC office that handled your charge _____

     _____

  3. Docket or case number of your charge: _____

  4. Disposition (what was the final result of your charge):_____

     _____

     _____

     _____

     _____

  5. Has EEOC written you a right-to-sue letter (telling you that you have the right to sue in a United States District Court if you are dissatisfied with the disposition of your charge)?

     ( ) YES

     (✓) NO

  6. Date of filing charge before EEOC: _____

  7. Date of disposition by EEOC: _____

C. Attach copies of all documents you possess relating to the EEOC proceeding, ESPECIALLY YOUR RIGHT-TO-SUE LETTER.

II.   <u>PREVIOUS LOCAL, STATE OR FEDERAL PROCEEDINGS OTHER THAN EEOC</u>

  A. Have you begun other legal proceedings before state or local courts or agencies, or a federal court (but NOT the EEOC) relating to your claim of employment discrimination?

     (X) YES

     ( ) NO

2

Page 3

B. If your answer is YES, describe each legal proceeding:

1. Parties to the previous legal proceeding:
Plaintiff(s) or petitioner(s) Tracey Gragg / Micheal W. Gragg Atty: Charles Watson

Defendant(s) or respondent(s) Wendy's international, Wenzak, Inc Atty: Abigail Rogers Seyfarth & Shaw.

2. Name of court or agency: Human Rights Commission.

3. Docket or case number: 09 0519 / 09-0519

4. Name of the judge or hearing officer: Judge Michael Robinson.

5. Disposition (for example: Was the case dismissed? Who won? Was there an appeal? Is the appeal pending or final? Still present.

6. Date of beginning previous proceedings Sept. 14, 2009.

7. Date of disposition of proceeding: Present.

NOTE: If there was more than one previous legal proceeding, excluding an EEOC proceeding, describe them on separate sheets of paper. Follow the outline above, label the sheets clearly, and attach them to this pro se complaint.

3

Page 4

    C.    Have you attached separate sheets regarding previous state, local or federal legal proceedings (other than EEOC)?

        ( ) YES

        (✓) NO

III.    PARTIES TO YOUR PRO SE COMPLAINT OF EMPLOYMENT DISCRIMINATION

    A.    Plaintiff(s)

        1. Your full name: Tracey Michelle Gragg.

        2. Your address: 2027 E. Capitol Avenue, Springfield, Illinois 62703.

        3. Names and addresses of other plaintiffs, if any (You should name other plaintiffs only if they were petitioners with you in a previous EEOC proceeding, or else if EEOC began a previous proceeding on behalf of you and them): Micheal Wayne Gragg, spouse, Same address as above, & Charles Watson, Watson Law Firm.

        (Use a separate sheet if necessary; label it clearly if so)

    B.    Have you attached a separate sheet naming other plaintiffs?

        ( ) YES

        (X) NO

    C.    Defendant (s) (You should name here the first-named respondent, or else its successor, in the previous EEOC proceeding brought by you or on your behalf):

        1. Full name (individual or firm): Wendy's International, Wenzak, Inc.

Page 5

2. Business address: 2700 A. Dirksen pkwy, Springfield, Illinois 62702.

3. Job position (if individual) Cashier.

4. Status as an entity (if defendant is a business firm):

(X) Corporation

( ) Partnership

( ) Sole Proprietorship

(✓) Other Franchise.

(If you do not know this information, and you cannot find out by reasonable means, ask the defendant for it. If the defendant will not tell you, leave this section blank.)

5. Names, business addresses, and job position or entity status of other defendants, if any (you should name additional defendants only if they were named as respondents in a previous EEOC proceeding brought by you or on your behalf): Attorney Abigail Rogers, Seyfarth & Shaw, 131 S. Dearborn Street, Suite 2400, Chicago, Illinois 60603.

(Use a separate sheet if necessary; label it clearly if so)

D.  Have you attached a separate sheet naming other defendants?

( ) YES

(X) NO

5

Page 6

IV.   STATEMENT OF YOUR CLAIM OF EMPLOYMENT DISCRIMINATION

   A. Were you:
      ( ) Not hired?
      ( ) Discharged?
      ( ) Suspended?
      ( ) Demoted?
      ( ) Denied Promotion?
      (✓) Denied Wage Increases?
      (✓) Other (please specify) fired after I wk being to slow, employee knew I had a learning disability & didn't give me reasonable accomodations or discuss with me if they could do anything to make my stay easier.

   B.   State here as briefly, concisely and clearly as possible the essential facts of your claim. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. Include precisely how each defendant in this action is involved. Include the names of other persons involved who are not defendants; give dates and place. Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal, and how it discriminated against you. IT IS NOT NECESSARY TO MAKE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. IN MOST CIRCUMSTANCES, THIS ONLY MAKES THE CLAIM OF A LAYMAN MORE DIFFICULT TO UNDERSTAND. AS MUCH AS POSSIBLE, LET THE FACTS SPEAK FOR THEMSELVES.

   See attached sheet for everything.

   DO NOT FEEL COMPELLED TO USE ALL THE SPACE.

Page 7

V.  **RELIEF YOU REQUEST**

Check below what you want the court to do for you.  You may make as many checks as you like.

(X) Should you prevail in this lawsuit, award you back pay.

(  ) Should you prevail in this lawsuit, reinstate you in your old position.

(  ) Should you prevail in this lawsuit, award you certain costs of suit (but not attorneys fees).

(✓) Other  Give back pay, plus attorneys fees.

VI.  **JURY DEMAND**

(X) YES          (  ) NO

Signed this 20th day of May, 2010.

_Tracey Gragg_
_Micheal Gragg_
(Signature of Plaintiff or Plaintiffs)

ADDRESS: 2027 E. Capitol Avenue, Springfield, Illinois 62703.

PHONE NO.: (217) 720-9929.