# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**TRACEY M. GRAGG and**
**MICHEAL W. GRAGG**

      vs.                 Case Number:   **10-3115**

**WENDY'S INTERNATIONAL, INC.**
**d/b/a Wenzak, Inc.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX  DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, pursuant to a Text Order entered by the Honorable Jeanne E. Scott, this action is dismissed without prejudice for failure to prosecute.

                          ENTER this 22nd day of July, 2010

                             s/ Pamela E. Robinson
                       PAMELA E. ROBINSON, CLERK

                                s/ C. Cathcart
                    _____
                        BY:  DEPUTY CLERK